UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH CAROLINA ASHEVILLE DIVISION

Case No. 1:22-CV-00240-MR-WCM

| | | |
|---|---|---|
| FARRON BUNCH and | ) | |
| BRENDA BUNCH | ) | PLAINTIFFS' |
| Plaintiffs, | ) | MOTION |
| vs. | ) | FOR LEAVE |
| SWITCHCARS, INC. and | ) | TO FILE AMENDED |
| DOUGLAS ARTHUR TABBUTT | ) | COMPLAINT |
| Defendants. | ) | |

  Pursuant to Rule 15 of the Federal Rules of Civil Procedure, the Plaintiffs' Farron Bunch and Brenda Bunch, (collectively, "Plaintiffs") respectfully move the Court for leave to file the attached Amended Complaint ("Amended Complaint"). Rule 15 provides that "a party may amend its pleading [with] the court's leave" and that "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2).

  Plaintiffs move to file the Amended Complaint within the time permitted by the Court in the scheduling order (Doc. No. 5). Allowing Plaintiffs to file the Amended Complaint would serve justice and promote judicial efficiency. Further, there would be no substantial or undue prejudice, bad faith, undue delay, or futility. Through the Amended Complaint, the Plaintiffs seek to clarify the Plaintiff Brenda Bunch's loss of consortium as she was significantly impacted by the Defendants' negligence that resulted in her spouse's love, companionship, comfort, care, assistance, protection, affection, society, sexual relations and/ or moral support. Moreover, the Plaintiffs remain focused on obtaining equitable monetary relief in this matter, including restitution for the Defendants' negligence that results in the motor vehicle accident.

  For all the above mentioned reasons, the Plaintiffs respectfully request that the Court grant Plaintiffs leave to file the attached Amended Complaint.

Entered this the 31st day of March 2023.

David D. Moore
Attorney for the Plaintiffs
P.O. Box 690
Sylva, NC 28779
david@ddmoorelaw.com
State Bar No. 36016
(828) 339-3900 Telephone
(828) 484-2336 Facsimile

## CERTIFICATE OF SERVICE

The undersigned certifies that the attached Plaintiffs' Motion for Leave to File Amended Complaint were served upon the party(ies) to this action by facsimile, hand-delivery or by depositing a copy of same, enclosed in a first class, postpaid wrapper properly addressed to the attorney(s) of record for such other party(ies) named below, in a post office or official depository under the exclusive care and custody of the United States Postal Service and/or by email.

Austin Kessler

72 Patton Avenue

Asheville, NC 28801

**VIA EMAIL**: AKessler@hallboothsmith.com

*Attorney for the Defendants*

Entered this the 31st day of March 2023.

David D. Moore
Attorney for the Plaintiffs
P.O. Box 690
Sylva, NC 28779
(828) 339-3900 Telephone
(828) 484-2336 Facsimile
david@ddmoorelaw.com
State Bar No. 36016

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH CAROLINA ASHEVILLE DIVISION
Case No. 1:22-CV-00240-MR-WCM

| | | |
|---|---|---|
| FARRON BUNCH AND BRENDA BUNCH ) | | |
| Plaintiffs, ) | | AMENDED |
| v. ) | | COMPLAINT |
| ) | | |
| SWITCHCARS INC & ) | | |
| DOUGLAS ARTHUR TABBUTT ) | | |
| Defendants. ) | | |

NOW COMES the Plaintiffs, complaining of the Defendants, and alleges and says as follows:

1. That the Plaintiffs are citizens and residents of Monroe County, Tennessee and have been so for six months preceding the commencement of this action.

2. That the Defendant Douglas Arthur Tabbutt, upon information and belief, is a citizen and resident of Summit County, Ohio.

3. That the Defendant Switchcars Inc, is the registered owner of the motor vehicle that was operated by the Defendant during the accident.

4. That Douglas Tabbutt is the Registered Agent for Service of process for Switchcars, Inc.

5. That the subject matter of this Complaint involves an automobile collision which occurred in Graham County, NC at on or about the 3rd day of October 2021.

6. That the Defendant Tabbutt was traveling in the southbound lane on NC-143 and the Plaintiff Farron Bunch was parked on the shoulder of NC 143 facing north. The Defendant travelled off the roadway and struck the Plaintiff Bunch as he and his passenger were entering their vehicle.

7. That the Plaintiff Farron Bunch and his passenger were knocked away from the vehicle.

8. That the Defendant Tabbutt collided with Plaintiff Bunch as illustrated in the accident report hereto attached as Exhibit A.

9. That the Defendant Tabbutt, at the time and date above, and immediately before the collision described above, was operating the vehicle when he exceeded a safe speed.

10. That the Defendant Tabbutt negligently drove or caused to be driven a motor vehicle as described herein by exceeding a safe speed resulting in a crash between the vehicles.

EXHIBIT A

## FIRST CLAIM FOR RELIEF AGAINST DEFENDANTS
## NEGLIGENCE

11. That paragraphs 1-10 of this Complaint are hereby realleged and incorporated by reference herein.

12. That on the day and time above, the Defendant Tabbutt was negligent in one or more of the following ways:

    a. He failed to maintain his vehicle under proper control under the existing conditions;

    b. He failed to maintain a reasonable lookout for other vehicles;

    c. He exceeded a safe speed;

    d. He failed to reduce speed to avoid collision with another vehicle; and

    e. Any other way that may be shown at trial.

13. That the negligence of Defendant Tabbutt, as described above, was a direct and proximate cause of the collision described above which caused the personal injuries, including the severe and permanent injuries, to Farron Bunch and loss of consortium of Brenda Bunch, and therefore the Plaintiffs are entitled to recover damages in an amount exceeding $25,000.00.

## SECOND CLAIM FOR RELIEF AGAINST DEFENDANTS
## NEGLIGENCE PER SE

14. That the Paragraphs 1-13 of this Complaint are hereby realleged and incorporated by reference herein.

15. That the wrongful acts and omissions of the Defendant Tabbutt described above constitute negligence per se in that his driving violated North Carolina General Statute §20-146 and/or North Carolina General Statute 20-152.

16. That the negligence of Defendant Tabbutt, as described above, was a direct and proximate cause of the collision described above which caused the personal injuries, including the severe and permanent injuries, to Farron and Brenda Bunch and therefore the Plaintiffs are entitled to recover damages in an amount exceeding $25,000.00.

17. That as a direct and proximate result of the Defendant Tabbutt's negligent actions or omissions and negligence per se for violations of the traffic laws of the State of North Carolina, the Defendants' vehicle violently collided with the motor vehicle driven by the Plaintiff causing him great and severe personal injuries. This collision and the injuries sustained caused the Plaintiff to experience great pain and suffering, physical impairments inconvenience, mental anguish, loss of capacity for enjoyment of life, incurred medical,

hospitalization expenses, including future medical expenses, and any other damages and injuries that may be proven at the trial of this matter, all of said injuries are permanent or continuing in nature and the Plaintiff will suffer said losses and impairment in the future.

### THIRD CLAIM FOR RELIEF AGAINST DEFENDANT
### LOSS OF CONSORTIUM

18. That paragraphs 1-17 of this Complaint are hereby realleged and incorporated by reference herein.

19. At the time of the accident complained of in the Plaintiffs' Complaint, the Plaintiffs were married. Plaintiffs continue to be married.

20. That as a result of the wrongful and negligent acts of the Defendants, and each of them, the Plaintiffs were caused to suffer, and will continue to suffer in the future, loss of consortium, loss of society, affection, assistance, and conjugal fellowship, all to the detriment of their marital relationship.

21. That all the injuries and damages were caused solely and proximately by the negligence of the Defendants therefore the Plaintiffs are entitled to recover damages in an amount exceeding $25,000.00.

### DEMAND FOR TRIAL BY JURY

22. The Plaintiffs demand trial by jury on all issues.

    **WHEREFORE**, the Plaintiffs pray for a judgment against the Defendant, as follows:

1. That Plaintiffs have and recover from the Defendants an amount in excess of $25,000 pursuant to the First Claim for Relief.

2. That Plaintiffs have and recover from the Defendants an amount in excess of $25,000 pursuant to the Second Claim for Relief.

3. That Plaintiffs have and recover from the Defendants an amount in excess of $25,000 pursuant to the Third Claim for Relief.

4. That Plaintiffs be awarded reasonable attorney's fees should the judgment in this action be less than $10,000.

5. That the Plaintiffs be granted a trial by jury;

6. That the Defendants be ordered to pay the costs of this action, including the Plaintiff's reasonable attorney fees; and.

7. For such other and further relief as the Court deems just and proper.

This the  31st   day of   March     ,  2023    .

                                                  David D. Moore
                                                  Attorney for Plaintiff
                                                  P.O. Box 690
                                                  Sylva, NC 28779
                                                  (828) 339-3900 telephone
                                                  (828) 484-2336 facsimile
                                                  david@ddmoorelaw.com
                                                  State Bar No. 36016

# DMV-349 (Rev. 1/09) — NC Crash Report

**This report has been redacted to prevent the disclosure of personally identifiable information.**

THIS REPORT IS FOR THE USE OF THE DIVISION OF MOTOR VEHICLES. THE DATA IS COLLECTED FOR STATISTICAL ANALYSIS AND SUBSEQUENT HIGHWAY SAFETY PROGRAMMING. DETERMINATIONS OF "FAULT" ARE THE RESPONSIBILITY OF INSURERS OR OF THE STATE'S COURTS.

No. of Units Involved: 2
Form 1 of 1

## Location
- Date: 10/03/2021
- County: GRAHAM
- Time: 09:50
- Local Use/Patrol Area: 211003034GA - 03
- 33 Relation to Roadway Surface: 2
- Crash Occurred: Near ROBBINSVILLE, 25.90 Miles outside municipality (N S E W: X X)
- on NC 143, 00.20 Miles (N S E W: X)
- At / From MILE 1.5 toward MILE 1

## Unit #1
- Vehicle: X
- Driver: DOUGLAS ARTHUR TABBUTT
- Address: 2234 SHERWIN DR
- City: TWINSBURG, State: OH, Zip: 44087
- Same Address on Driver's License: Yes
- Phone: H (330) 212-9904
- D.L. #: REDACTED, Class: C, State: OH
- DOB: REDACTED
- 34 Vision Obstruction: 0
- 35 Physical Condition: 1
- 36 D.L. Restrictions: 
- 37 Alcohol/Drugs Suspected: 0
- 38 Alcohol/Drugs Test: 0
- 39 Results: 0
- 40 Vehicle Seizure (DWI): 
- Owner: SWITCHCARS LLC
- Address: 2234 SHERWIN DR, TWINSBURG, OH 44087
- Plate #: 1447, State: OH, Year: 2021
- VIN: WP0AD2A94AS766126
- Vehicle Make: PORSCHE, Year: 2010
- 41 Vehicle Style (Type): 1
- 42 Vehicle Drivable: Yes (X No)
- 43 TAD: FR-3 / FD-2
- 44 Estimated Damage: $6,000.00
- Insurance Company: STRACHAN-NOVAK INS SERVICE LLC
- Policy #: 51-401-702-00

## Unit #2
- Vehicle: X
- Driver: FARRON R BUNCH
- Address: 851 MECCA PIKE
- City: TELLICO PLAINS, State: TN, Zip: 37385
- Same Address on Driver's License: Yes
- D.L. #: REDACTED, Class: C, State: TN
- DOB: REDACTED
- 34 Vision Obstruction: 0
- 35 Physical Condition: 1
- 36 D.L. Restrictions: 
- 37 Alcohol/Drugs Suspected: 0
- 38 Alcohol/Drugs Test: 0
- 39 Results: 0
- 40 Vehicle Seizure (DWI): 
- Owner: FARRON R BUNCH
- Address: 851 MECCA PIKE, TELLICO PLAINS, TN 37385
- Plate #: T5158N, State: TN, Year: 2022
- VIN: 1N6AD0EV0EN741978
- Vehicle Make: NISSAN, Year: 2014
- 41 Vehicle Style (Type): 2
- 42 Vehicle Drivable: No (X)
- 43 TAD: RFQ-3 / RP-2
- 44 Estimated Damage: $5,000.00
- Insurance Company: TENNESSEE FARMERS MUTUAL INS CO
- Policy #: 4637717

## Persons Involved

| Row | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 1 | 1 | 1 | Unit 1-Drv 1, Ped 1, etc. see above | W | M | 2 | 1 | 0 | 2 | 1 | 5 | see above — Veh# 1 Towed To/By: ELLER'S WRECKER SERVICE / ELLER'S WRECKER SERVICE |
| B | 2 |   | 1 | Unit 2-Drv 2, Ped 2, etc. see above | W | M | 0 | 0 | 0 | 2 | 1 | 2 | see above — Veh# 2 Towed To/By: OWNER'S RESIDENCE / OWNER |
| C | 1 | 2 | 3 | REDACTED | W | M | 2 | 1 | 0 | 2 | 1 | 5 | DAVID A MAHER, 928 BOLLINER RD, DELRAY BEACH, FL 33483 |
| D | 2 | 2 | 3 | REDACTED | W | M | 0 | 0 | 0 | 2 | 1 | 2 | STEVEN K SHAW, 315 RELIANCE RD, TELLICO PLAINS, TN 37385 |

- 46 Name of EMS (A,C): GRAHAM COUNTY EMS
- 47 Injured Taken by EMS to (A,C): NOT TRANSPORTED
- 46 Name of EMS (B,D): GRAHAM COUNTY EMS
- 47 Injured Taken by EMS to (B,D): SWEETWATER HOSPITAL/SWEETWATER TN

**EXHIBIT A**

This report has been redacted to prevent the disclosure of personally identifiable information.

Form 1 of 1     Local Use/Patrol 211003034GA - 03

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **48 POINTS OF INITIAL CONTACT** (Write in Codes) | Unit # 1 | 21.1.2 | **VEHICLE INFO** | Veh # 1 | Veh # 2 | **ROADWAY INFO** | | **WORK ZONE RELATED** | |
| | Unit # 2 | 21.20.19 | 60 Authorized Speed Limit | 45 | 0 | 69 Road Feature | 0 | 78 Work Zone Area | 5 |
| **CRASH SEQUENCE (Unit Level)** | Unit # 1 | Unit # 2 | 61 Estimate of Original Traveling Speed | 50 | 0 | 70 Road Character | 7 | 79 Work Activity | |
| 49 Vehicle Maneuver/Action | 4 | 3 | 62 Estimate of Speed at Impact | 30 | 0 | 71 Road Classification | 3 | 80 Work Area Marked | |
| 50 Non-Motorist Action | | | 63 Tire Impressions Before Impact (ft.) | 40 | 0 | 72 Road Surface Type | 3 | 81 Crash Location | |
| 51 Non-Motorist Location Prior to Impact | | | 64 Distance travelled After Impact (ft.) | 80 | 0 | 73 Road Configuration | 2 | **TRAILER INFO.** Unit # 1 | Unit # 2 |
| 52 Crash Sequence - First Event for this Unit | 20 | 20 | 65 Emergency Vehicle Use | | | 74 Access Control | 1 | 82 Trailer Type   0 | 0 |
| 53 Crash Sequence - Second Event | | | 66 Post Crash Fire (if 'Yes' check block) | | | 75 Number of Lanes | 2 | 1st Trailer No. Axles | |
| 54 Crash Sequence - Third Event | | | 67 School Bus - Contact Vehicle | | | 76 Traffic Control Type | 13 | Width (inches) | |
| 55 Crash Sequence - Fourth Event | | | 68 School Bus - Noncontact Vehicle | | | 77 Traffic Control Oper | 1 | Length (feet) | |
| 56 Most Harmful Event for this Unit | 20 | 20 | | | | | | 2nd Trailer No. Axles | |
| 57 Distance/Direction of Object Struck | 0 | 0 | | | | | | Width (inches) | |
| 58 Vehicle Underride/Override | 1 | 2 | | | | | | Length (feet) | |
| 59 Vehicle Defects | 0 | 0 | | | | | | | |

COMMERCIAL VEHICLE: Hazardous Material Involvement — Haz Mat Placard: Yes / No; Hazardous Cargo Released: Yes / No (Does not include fuel from fuel tank); Carrying Haz Mat: Yes / No

Unit ___ From Placard indicate 4-digit placard number or name from diamond or 1-digit number from bottom of diamond ___

83 Unit # ___ Overwidth Trailer and Overwidth Mobilehome   Overwidth Permit

**84 DIAGRAM**

Indicate North

Driver, Embankment, Passenger, NC 143, 10°, 21°, 5°, NOT TO SCALE, N

Unit # 1 was: [X] Traveling, [X] S on NC 143, [ ] Parked Facing, N S E W
Unit # 2 was: [ ] Traveling, [X] N on NC 143, [X] Parked Facing, N S E W

**85 NARRATIVE** (include pertinent unusual aspects which are not listed elsewhere on the form)

VEHICLE #1 WAS TRAVELING SOUTH ON NC 143. VEHICLE #2 WAS PARKED ON THE SHOULDER OF NC 143 FACING NORTH. VEHICLE #1 TRAVELED OFF THE ROADWAY AND STRUCK VEHICLE #2 AS THE DRIVER AND THE PASSENGER OF VEHICLE #2 WERE ENTERING THE VEHICLE. THE DRIVER AND PASSENGER OF VEHICLE #2 WERE KNOCKED AWAY FROM THE VEHICLE. AFTER IMPACT, VEHICLE #1 CAME TO FINAL REST AGAINST AN EMBANKMENT ALONG THE SHOULDER OF NC 143. VEHICLE #2 CAME TO REST ON THE SHOULDER OF NC 143.

ADDITIONAL PROPERTY DAMAGE — 86 Type/Owner; Owner Address; State Property? ☐; Estimated Damage $

WITNESSES — Name; Address; Phone No. / Name; Address; Phone No.

TRAFFIC VIOLATION(S)
Name: DOUGLAS ARTHUR TABBUTT   Charge(s): 255H737 - EXCEEDING A SAFE SPEED   Address:
Name:

Officer Name: TRP. K THACH   Officer Number: 1954   Department: NC STATE HIGHWAY PATROL   ORI: NHP00   Date of Report: 10/03/2021

## CERTIFICATE OF SERVICE

The undersigned certifies that the attached document were served upon the party(ies) to this action by facsimile, hand-delivery or by depositing a copy of same, enclosed in a first class, postpaid wrapper properly addressed to the attorney(s) of record for such other party(ies) named below, in a post office or official depository under the exclusive care and custody of the United States Postal Service and/or by email.

Austin Kessler

72 Patton Avenue

Asheville, NC 28801

**VIA EMAIL**: AKessler@hallboothsmith.com

*Attorney for the Defendants*

Entered this the 31st day of March 2023.

David D. Moore
Attorney for the Plaintiffs
P.O. Box 690
Sylva, NC 28779
(828) 339-3900 Telephone
(828) 484-2336 Facsimile
david@ddmoorelaw.com
State Bar No. 36016